OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



February 1, 2024

Gregory Blase, Esq.
David R. Fine, Esq.
Andrew C. Glass, Esq.
John T. Shaffer Jr., Esq.

RE: Peter Mancuso v. MDG USA Inc
Case Number: 23-1963
District Court Case Number: 3-22-cv-01405

Dear Counsel:

At the direction of the Court, counsel should be prepared to discuss the following at Oral Argument:

    1. Whether the only issue before the Court is whether the District Court erred by declining to compel arbitration on the pleadings under *Guidotti v. Legal Helpers Debt Resolution, LLC*, 716 F.3d 764 (3d Cir. 2013).

    2. Whether the District Court erred by declining to compel arbitration on the pleadings under *Guidotti*.

Very truly yours,

*/s/ Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: */s/ Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932